737 A.2d 249

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**William Mike FIORE, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 1999.

Decided Oct. 4, 1999.

Mary Benefield Seiverling, Harrisburg, for Com.

Christian A. Fisanick, Barnesboro, for Amicus-PA D.A. Assoc.

Mark Rubenstein, Chris Rand Eyster, Pittsburgh, for William Mike Fiore.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

# *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices CASTILLE, NEWMAN and SAYLOR dissent.